USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEROD'S STONE DESIGN,
                  Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY
S.A. and BNSF RAILWAY COMPANY,
                  Defendants.
-----------------------------------------------------------X

18 CIVIL 5720 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2020, and because the Court has personal jurisdiction over BNSF, BNSF's motion to dismiss under Rule 12(b)(2) is DENIED. But because the Sea Waybill expressly bars claims against subcontractors, BNSF's motion to dismiss under Rule 12(b)(6) is GRANTED. Because Plaintiff's claims are barred by the limitations period adopted in the Sea Waybill, MSC's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       January 23, 2020

                                            RUBY J. KRAJICK
                                            **Clerk of Court**

BY: _____
                                              **Deputy Clerk**